Ernest D. Buff, Esq.
**ERNEST D. BUFF & ASSOCIATES, LLC**
231 Somerville Road
Bedminster, New Jersey 07921
(908) 901-0220
EBuff@EDBuff.com
Attorney for Defendant,
John Doe (IP address 50.166.10.240)

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiffs <br><br> VS. <br><br> JOHN DOE subscriber assigned IP address 50.166.10.240 <br><br> Defendants | Civil Action No. 2:15-cv-01742-MCA-JBC |

### CERTIFICATION OF ERNEST D. BUFF, ESQ.

I, Ernest D. Buff, being of full age, do hereby certify and declare under penalty of perjury that the following are true and accurate, to the best of my knowledge and belief:

1. I am an attorney at law and member of the firm Ernest D. Buff & Associates, LLC.

2. I am admitted to practice in the State of New Jersey and before this Court.

3. I have been retained to represent Defendant John Doe, who is identified in the Complaint as allegedly having IP address 50.166.10.240.

4. I make this Certification in support of John Doe's accompanying Motion to Quash.

5.    John Doe wishes to remain anonymous, because John Doe fears undeserved reputational injury, embarrassment and harassment should Plaintiff learn of this Defendant's identity.

6.    John Doe became aware of this lawsuit after receiving notification from Comcast Cable Holdings, LLC (Comcast), Defendant's internet service provider.

7.    Defendant, John Doe, disputes the allegations of copyright infringement, as listed in Exhibits A and B of the Complaint.

8.    Defendant, John Doe, will endure great financial hardship should this lawsuit move forward.

9.    Defendant, John Doe, has reviewed this Certification and agrees with the statements made herein. John Doe has represented to me that these statements are true and accurate to the best of John Doe's knowledge and belief.

10.    Attached hereto as **Exhibit A** is a true and accurate copy of the relevant portions of a posting on the TorrentLawyer blog, which can be found at the following Internet address: https://torrentlawyer.wordpress.com/2012/03/06/malibu-media-copyright-infringement-bittorrent-troll/. This posting contains a list of lawsuits initiated by this Plaintiff, Malibu Media, LLC.

11.    Attached hereto as **Exhibit B** is a true and accurate copy of the relevant portions of a posting on the TorrentLawyer blog, which can be found at the following Internet address: https://torrentlawyer.wordpress.com/2013/03/07/under-the-radar-122-malibu-media-llc-filed-cases/. This posting contains a list of lawsuits initiated by this Plaintiff, Malibu

Media, LLC.

12. Attached hereto as **Exhibit C** is a true and accurate copy of the relevant portions of a posting on the TorrentLawyer blog, which can be found at the following Internet address: https://torrentlawyer.wordpress.com/2013/06/04/malibu-media-introduces-prejudicial-character-evidence/. This posting contains a list of lawsuits initiated by this Plaintiff, Malibu Media, LLC.

13. Attached hereto as **Exhibit D** is a true and accurate copy of the relevant portions of an article dated August 8, 2011, which was posted on the TorrentFreak website. This article can be found at the following Internet address: http://torrentfreak.com/200000-bittorrent-users-sued-in-the-united-states-110808/.

14. Attached hereto as **Exhibit E** is a true and accurate copy of the relevant portions of an article titled "IP Spoofing" by Farha Ali, which was published in The Internet Protocol Journal, Volume 10, No. 4, and is available on the Cisco Systems website. This article can be found at: http://www.cisco.com/web/about/ac123/ac147/archived_issues/ipj_10-4/104_ip-spoofing.html.

_____
*Counsel for Defendant, John Doe*
Ernest D. Buff, Esq.
ebuff@edbuff.com

DATED: May 20, 2015