# EXHIBIT A

# TorrentLawyer™ – Exposing Copyright Trolls and Their Lawsuits

a Cashman Law Firm, PLLC attorney blog on Copyright Trolls, ISP Subpoena Letters, and Bittorrent Lawsuits against John Does.

Feeds:    Posts    Comments

## Malibu Media, LLC — New "Copyright Troll" on the Block.

March 6, 2012 by houstonlawy3r

There seems to be a new production company who has decided that it is a better business model for them to start suing internet users (e.g., copyright trolling) rather than selling their cheap flicks on the internet one by one. The company name is *Malibu Media, LLC*, and while the actual "film" allegedly downloaded probably varies from case-to-case, it appears as if "Tiffany Teenagers in Love" seems to be the primary title they are using in their lawsuits.

What surprises me is that while this is a new "troll" (using the term loosely,) the local counsel they are using suggests to me that the same entity *[behind the Patrick Collins, Inc., K-Beech, Inc., NuCorp, Inc., Raw Films, Ltd., Zero Tolerance, etc. cases]* is also behind this case. In other words, this is simply a new client climbing on the bandwagon looking to cash in on the ongoing mass extortion scheme. The rules, however, have not changed.

Pasted below is a list of the cases, separated by the court in which the case was filed in, and who the local counsel is. I have dealt with each one of these guys before, so as far as I am concerned, this is just one more troll to add to the list of companies who are suing defendants. I have included the newer filings of Raw Films, Ltd. to show that these are the same attorneys.

California Central District Court – Adam M. Silverstein of Cavalluzzi & Cavalluzzi

*Malibu Media LLC v. John Does 1-10 (Case no. 2:12-cv-01647)*
*Malibu Media LLC v. John Does 1-10 (Case no. 2:12-cv-01675)*
*Raw Films, Ltd. v. John Does 1-10 (Case no. 2:12-cv-01653)*

Virginia Eastern District Court – David / Wayne O'Bryan of O'Bryan Law Firm

*Malibu Media, LLC v. John Does 1-26 (Case no. 1:12-cv-00160)*
*Malibu Media, LLC v. John Does 1-26 (Case no. 1:12-cv-00161)*
*Malibu Media, LLC v. John Does 1-15 (Case no. 1:12-cv-00163)*
*Malibu Media, LLC v. John Does 1-27 (Case no. 1:12-cv-00165)*
*Malibu Media, LLC v. John Does 1-08 (Case no. 1:12-cv-00166)*

California Southern District Court – Adam M. Silverstein of Cavalluzzi & Cavalluzzi

*Malibu Media, LLC. v. John Does 1-13 (Case no. 3:12-cv-00358)*
*Malibu Media, LLC v. John Does 1-25 (Case no. 3:12-cv-00362)*
*Malibu Media, LLC. v. John Does 1-15 (Case no. 3:12-cv-00369)*
*Raw Films, Ltd. v. John Does 1-11 (Case no. 3:12-cv-00368)*

Colorado District Court – Jason Aaron Kotzker of Kotzker Law Group

*Malibu Media, LLC v. John Does 1-29 (Case no. 1:12-cv-00397)*
*Malibu Media, LLC v. John Does 1-16 (Case no. 1:12-cv-00399)*
*Malibu Media, LLC v. John Does 1-30 (Case no. 1:12-cv-00402)*
*Malibu Media, LLC v. John Does 1-10 (Case no. 1:12-cv-00405)*
*Malibu Media, LLC v. John Does 1-27 (Case no. 1:12-cv-00406)*
*Malibu Media, LLC v. John Does 1-18 (Case no. 1:12-cv-00407)*
*Malibu Media, LLC v. John Does 1-15 (Case no. 1:12-cv-00408)*
*Malibu Media, LLC v. John Does 1-27 (Case no. 1:12-cv-00409)*

District Of Columbia District Court – Jon A. Hoppe of Maddox Hoppe Hoofnagle & Hafey LLC

*Malibu Media LLC v. John Does 1-5 (Case no. 1:12-cv-00233)*
*Malibu Media LLC v. John Does 1-16 (Case no. 1:12-cv-00235)*
*Malibu Media LLC v. John Does 1-11 (Case no. 1:12-cv-00237)*
*Raw Films, Ltd. v. John Does 1-3 (Case no. 1:12-cv-00234)*
*Raw Films, Ltd. v. John Does 1-19 (Case no. 1:12-cv-00236)*

Pennsylvania Eastern District Court – Christopher P. Fiore of Fiore & Barber LLC

*Malibu Media LLC v. John Does 1-15 (Case no. 2:12-cv-00664)*
*Malibu Media LLC v. John Does 1-17 (Case no. 2:12-cv-00665)*
*Malibu Media LLC v. John Does 1-10 (Case no. 2:12-cv-00666)*
*Malibu Media LLC v. John Does 1-11 (Case no. 2:12-cv-00667)*
*Malibu Media LLC v. John Does 1-22 (Case no. 2:12-cv-00668)*

On a personal note (*obviously not legal advice, as each plaintiff above handles cases differently, and each person's situation is different*): We have seen these attorneys before in other cases. If you receive a copy of a subpoena from your ISP indicating that you have been implicated as a John Doe Defendant in any one of

these cases, you'll probably be instructed in the letter to file a motion to quash. As you know from my MANY articles on this blog, you know my opinion that such motions have been a waste of time for defendants (e.g., plaintiff attorney will claim that because you are not yet "named" as a defendant, you have no "standing" to file such a motion, etc., etc., etc.). More likely than not, you will **not** receive a letter from your ISP, and one of their creditor-like "bulldogs" will begin calling you and threatening to name you as a defendant unless you settled your case against them. They will make up odd numbers on the spot as to how much their "client" will settle for, but remember, these guys and gals (*who often do not even sound sober and are probably sitting in a cubicle somewhere reading you a script*) are not attorneys and likely do not have authority to settle your case. If you have spoken to me, you know my opinion is that 1) they shouldn't even be calling you in the first place, and 2) you should not be discussing your case with them.

About these ads

Posted in Adam Silverstein, California (CA), Chris Fiore, Colorado (CO), District of Columbia (DC), Federal Criminal Law, Jon Hoppe, K-Beech Inc., Malibu Media LLC, NuCorp Inc., P2P, Patrick Collins, Peer-to-peer, Pennsylvania (PA), Raw Films Ltd., Torrent, Virginia (VA), Wayne O'Bryan, Zero Tolerance Entertainment Inc. | Tagged 1:12-cv-00160, 1:12-cv-00161, 1:12-cv-00163, 1:12-cv-00166, 1:12-cv-00233, 1:12-cv-00234, 1:12-cv-00235, 1:12-cv-00236, 1:12-cv-00237, 1:12-cv-00397, 1:12-cv-00399, 1:12-cv-00402, 1:12-cv-00405, 1:12-cv-00406, 1:12-cv-00407, 1:12-cv-00408, 1:12-cv-00409, 2:12-cv-00664, 2:12-cv-00665, 2:12-cv-00666, 2:12-cv-00667, 2:12-cv-00668, 2:12-cv-01647, 2:12-cv-01653, 2:12-cv-01675, 3:12-cv-00358, 3:12-cv-00362, 3:12-cv-00368, 3:12-cv-00369, Adam Silverstein, Cavalluzzi & Cavalluzzi, Chris Fiore, ISP Subpoena, Jason Aaron Kotzker, Jason Kotzker, John Does, John Hoppe, Jon Hoppe, lauren michaels, Malibu Media, malibu media copyright, malibu media lawsuit, malibu media llc settlement, malibu media llc v. does, Wayne O'Bryan, x-art lawsuit, x-art suing, x-art.com, xart | 30 Comments

## 30 Responses

**Anonymous**                                                                                     on March 7, 2012 at 2:04 am | Reply

0

0

i
Rate This

Interesting to see some action in the remaining districts of California. The same attorneys working Central CA filed a batch of cases about a year ago, but they were all very small (10 Does) and it was before things were brought to a head in CAND. It'll be interesting to see if there is less tolerance for this scam as a result of what has happened up North, and if the judges are now wise to the scam.

**Christina Saunders**                                                                                on March 7, 2012 at 9:44 pm | Reply

3

0