UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>      Plaintiffs<br><br>VS.<br><br>JOHN DOE subscriber assigned IP address 50.166.10.240<br><br>      Defendants | Civil Action No. 2:15-cv-01742-MCA-JBC |

### ORDER GRANTING DEFENDANT, JOHN DOE'S MOTION TO QUASH

THIS COURT, upon the application of Defendant, John Doe (allegedly having IP address 50.166.10.240), by and through counsel, Ernest D. Buff, Esq. of Ernest D. Buff & Associates, LLC, and the Court having reviewed Defendant's request and finding good cause,

ORDERS that Defendant John Doe's Motion to Quash the Third Party Subpoena issued to Defendant's Internet service provider, Comcast Cable Holdings, LLC (Comcast), be granted.

**IT IS SO ORDERED**:

Dated: _____  By: _____

                   Honorable Madeline C. Arleo,
                   **United States District Judge**