Ernest D. Buff, Esq.
**ERNEST D. BUFF & ASSOCIATES, LLC**
231 Somerville Road
Bedminster, New Jersey 07921
(908) 901-0220
EBuff@EDBuff.com
Attorney for Defendant,
John Doe (IP address 50.166.10.240)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br>           Plaintiffs <br><br> VS. <br><br> JOHN DOE subscriber assigned IP address 50.166.10.240 <br><br>           Defendants | Civil Action No. 2:15-cv-01742-MCA-JBC |

### CERTIFICATE OF SERVICE

I certify that on this **20th** day of **May, 2015**, I electronically filed the foregoing Motion to Quash, along with documentation, with the Clerk of the Court using the CM/ECF system, and that service was perfected on all counsel of record and interested parties through this system.

In addition, I further certify that a copy of said Motion to Quash was served by way of U.S. Mail to (1) Patrick J. Cerillo, Esq., attorney for the Plaintiff, at 4 Walter Foran Boulevard, Suite 402, Flemington, NJ 08822; and (2) COMCAST Legal Response Center, 650 Centerton Road, Moorestown, NJ 08057

_____

*Counsel for Defendant, John Doe*
Ernest D. Buff, Esq.
ebuff@edbuff.com

DATED:  May 20, 2015