Ernest D. Buff, Esq.
**ERNEST D. BUFF & ASSOCIATES, LLC**
231 Somerville Road
Bedminster, New Jersey 07921
(908) 901-0220
EBuff@EDBuff.com
Attorney for Defendant,
John Doe (IP address 50.166.10.240)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                Plaintiffs<br><br>VS.<br><br>JOHN DOE subscriber assigned IP address 50.166.10.240<br><br>                Defendants | Civil Action No. 2:15-cv-01742-MCA-JBC<br><br>NOTICE OF APPEARANCE |

**NOTICE** is hereby given of the entry of the undersigned as counsel for Defendant, JOHN DOE (identified as allegedly having IP address 50.166.10.240) in the above captioned matter.

All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon ERNEST D. BUFF, ESQ., located at Ernest D. Buff & Associates, 231 Somerville Road, Bedminster, NJ 07921.

_____
*Counsel for Defendant, J*ohn Doe
Ernest D. Buff, Esq.
ebuff@edbuff.com

DATED: May 20, 2015